

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DEVANTE LEE JOHNSON | § | |
| v. | § | CIVIL ACTION NO. 6:20cv485 |
| | | (Crim. No. 6:17cr72-4) |
| UNITED STATES OF AMERICA | § | |

**MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

COMES Defendant, Devante Lee Johnson ("Johnson"), appearing *pro se,* and files his Motion for Extension of Time to File Objections to Report and Recommendation of the United States Magistrate Judge, and would show as follows:

**I. Preliminary Statement**

As a preliminary matter, Johnson respectfully requests that this Court be mindful that *pro se* pleadings are to be construed liberally. See *United States v. Kayode*, 777 F.3d 719 (5th Cir. 2014) (*Pro se* pleadings are to be held to less stringent standards than formal pleadings drafted by lawyers, and should therefore be liberally construed); *Estelle v. Gamble*, 429 U.S. 97, 106 (1976) (same); and *Haines v. Kerner*, 404 U.S. 519, 520 (1972) (same).

**II. Reason for Extension**

Johnson has just received a copy of the twenty-three (23) page Report and Recommendation of the United States Magistrate Judge on this date [February 16, 2022]. Because of the nationwide lock down of all federal correctional institutions on January 31, 2022, which was lifted on February 11, 2022, at USP Pollock, movement on the compound has been very limited. Access to the law library has also been extremely limited. As such, he needs more time to research, prepare, perfect

and file his Objections to the Report and Recommendation.

In light of the above, Johnson seeks a 21-day extension of time to file his Objections to the Report and Recommendation of the United States Magistrate Judge, up to and including March 9, 2022.

WHEREFORE, premises considered, Johnson prays that the Court grant his motion and extend the deadline for filing Objections to March 9, 2022.

Respectfully submitted,

Dated: February 16, 2022

DEVANTE JOHNSON
REG. NO. 27613-078
USP POLLOCK
U.S. PENITENTIARY
P.O. BOX 2099
POLLOCK, LA 71467
Appearing *Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2022, a true and correct copy of the above and foregoing Motion for Extension of Time to File Objections to the Report and Recommendation of the United States Magistrate Judge was sent via U. S. Mail, postage prepaid, to Mary Ann Cozby, Assistant U.S. Attorney at U.S. Attorney's Office - Tyler, 110 N College, Suite 700, Tyler, TX 75702.

DEVANTE LEE JOHNSON